**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CHERYL WEIMAR and**
**KARL WEIMAR,**

    **Plaintiffs,**

v.                                              CASE NO.: 3:19-cv-1137-J-20MCR

**THE FLORIDA DEPARTMENT**
**OF CORRECTIONS and**
**JOHN DOES 1 – 4,**

    **Defendants.**
_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL FOR PLAINTIFF

Marie A. Mattox and Marie A. Mattox P.A. now appear as co-counsel for Plaintiff and request addition to the CM/ECF and other service lists. The undersigned requests that all future communications and correspondence be directed to her.

Respectfully submitted,

*/s/ Marie A. Mattox*
Marie A. Mattox [FBN 0739685
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, FL  32301
Telephone:  (850) 383-4800
Facsimile:   (850) 383-4801

        STEVEN R. ANDREWS
        Florida Bar No. 263680
        RYAN J. ANDREWS
        Florida Bar No. 104703
        JOHN M. VERNAGLIA
        Florida Bar No. 1010637
        **ANDREWS LAW FIRM**
        822 North Monroe Street
        Tallahassee, Florida 32303
        T: (850) 681-6416 / F: 681-6984
        service@andrewslaw.com
        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic service on this 22nd day of October, 2019, to:

Thomas Gonzalez, Esq.
Nathan Paulich, Esq.
Gray Robinson, P.A.
401 East Jackson Street, Suite 2700
Tampa, FL 33602
Thomas.gonzalez@gray-robinson.com
Nathan.paulich@gray-robinson.com

        */s/ Marie A. Mattox*
        Marie A. Mattox